1  McGREGOR W. SCOTT      SEALED
   United States Attorney
2  CAMIL A. SKIPPER                    FILED
   Assistant U.S. Attorney
3  501 "I" Street, Suite 10-100
   Sacramento, California  95814        MAY - 1 2006
4  Telephone: (916) 554-2709

5                                CLERK, U.S. DISTRICT COURT
                                EASTERN DISTRICT OF CALIFORNIA
6                               BY _____
                                        DEPUTY CLERK
7

8              IN THE UNITED STATES DISTRICT COURT

9         FOR THE EASTERN DISTRICT OF CALIFORNIA

10                          2:06 - MJ - 0 1 2 4    GGH

11  IN RE:                   )    Case No.
                             )
12       SEALED              )    SEALING ORDER
                             )
13  _____)

14       Upon application of the United States of America and good

15  cause having been shown,

16       IT IS HEREBY ORDERED that:

17       The application for search warrant, accompanying affidavit,

18  and attachments; search warrant and attachments; complaint and

19  accompanying affidavit; and warrant for arrest filed in the

20  above-captioned matter be ordered **sealed** until execution of the

21  arrest warrant.

22

23  DATED:  May 1, 2006

                              GREGORY G. HOLLOWS
24
                            HON. GREGORY G. HOLLOWS
25                          United States Magistrate Judge

26

27

28